AO 450 (Rev. 5/85) Judgment in a Civil Case



# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of ISLAND SIGNAL & TERMINAL SOUND, INC.<br><br>Plaintiff(s),<br><br>V.<br><br>GLOBAL ENGINEERING AND CONSTRUCTION JOINT VENTURE; ET AL.<br><br>Defendant(s). | JUDGMENT IN A CIVIL CASE<br><br>Case: CV 02-00780 JMS-BMK<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>December 2, 2005<br><br>At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |

[ ]   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that all claims against all parties are dismissed without prejudice, pursuant to the "Order Granting Motion to Dismiss All Claims and All Parties Without Prejudice", filed on November 30, 2005. It is further ordered and adjudged that the Clerk of the Court shall close this case.

cc: all counsel

| December 2, 2005 | SUE BEITIA |
|---|---|
| Date | Clerk |
| | _(signature)_ |
| | (By) Deputy Clerk |